AO 440 (Rev. 04/08) Civil Summons

FILED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2009 NOV 12 P 3: 34

CLERK US ...
ALEXANDRIA, VIRGINIA

| ASHENDORF & ASSOCIATES LTD., et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:09cv1236 |
| SMI-HYUNDAI CORPORATION | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

SMI-HYUNDAI CORPORATION
8300 Greensboro Drive, Suite 800
McLean, VA 22102

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Andrew A. Nicely
Mayer Brown LLP
1999 K Street, NW
Washington, D.C. 20006

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: November 4, 2009

Fernando Galindo, Clerk
Name of clerk of court

*/s/ Pauline A. Miller*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __11-10-09 @ 1:55 pm__, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ___Amy Stiver, Agent___ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* ___Service was completed at 8300 Greensboro Drive, Suite 800, McLean, Virginia 22102.___

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __11-12-09__

Server's signature

Robert Proffitt, Private Process Server
Printed name and title

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Server's address

\* Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction and Attachments